IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **ALPHONSO HIGGINS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Civil Case No.   05-906-JPG-PMF |
| ) | |
| **OFFICER A. WILLIAMS,** ) | |
| ) | |
| Defendant. ) | |

## REPORT AND RECOMMENDATION

**FRAZIER, Magistrate Judge:**

    Before the Court is defendant's motion to dismiss for want of prosecution (Doc. No. 21). The motion is unopposed. The lack of a response may be treated as an admission that the motion to dismiss has merit. SDIL-LR 7/1(c).

    When plaintiff filed this § 1983 action, he was confined at the Jackson County Jail. He was subsequently confined in prison and later released on parole in March, 2007. Following plaintiff's release, defense counsel made several attempts to obtain plaintiff's cooperation with discovery, without success. Plaintiff failed to serve timely responses to written discovery; failed to seek additional time to prepare responses; failed to respond to written correspondence regarding discovery; and failed to appear for his deposition, which was properly noticed for June 12, 2007. Plaintiff made no effort to reschedule his deposition and has not endeavored to explain his absence. These circumstances show that plaintiff is no longer interested in prosecuting his claims following his release from prison.

    IT IS RECOMMENDED that defendant's motion (Doc. No. 21) be GRANTED. This action should be DISMISSED for lack of prosecution.

    SUBMITTED:   September 7, 2007   .

*S/Philip M. Frazier*
**PHILIP M. FRAZIER**
**UNITED STATES MAGISTRATE JUDGE**