UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ALPHONSO HIGGINS,

      Plaintiff,

   v.                                                                                                  Case No. 05-cv-906-JPG

OFFICER A. WILLIAMS,

      Defendant.

## JUDGMENT

    This matter having come before the Court, the issues having been heard, and the Court having rendered a decision,

    IT IS HEREBY ORDERED AND ADJUDGED that this case is dismissed with prejudice.

**DATED:  October 26, 2007**                                        **NORBERT JAWORSKI, CLERK**

                                                                                        s/Brenda K. Lowe, Deputy Clerk

**Approved:**     s/ J. Phil Gilbert
                **J. PHIL GILBERT**
                **DISTRICT JUDGE**